# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Maksim Kunitskii,

    Petitioner,

v.

Fred Figueroa,

    Respondent.

No. CV-25-01845-PHX-DWL (JFM)

**ORDER**

Petitioner filed this action on May 29, 2025, challenging the President's invocation of 8 U.S.C. § 212(f) to restrict his entry to the United States and his ability to seek asylum pursuant to 8 C.F.R. § 235.3. (Doc. 1.) The Court ordered expedited briefing on his petition. (Doc. 4.) Although the petition further requested emergency injunctive relief, the Court noted Petitioner did not file a separate motion addressing the relevant standard for seeking injunctive relief. (*Id.*) Petitioner has now filed a request to "stay" his removal pending resolution of his petition. (Doc. 8.) The Court construes the request for a stay as a motion for temporary restraining order ("TRO") or preliminary injunction.

Under Rule 65, a TRO may be issued without notice to the adverse party. More specifically, under Rule 65(b)(1), the Court "may issue a temporary restraining order without written or oral notice to the adverse party or its attorney" if two requirements are met: (1) "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition"; and (2) "the movant's attorney certifies in writing any efforts

made to give notice and the reasons why it should not be required." The Ninth Circuit has cautioned that "very few circumstances justify the issuance of an ex parte TRO." *Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006).

Counsel did not certify in writing the efforts made to give notice and why notice should not be required in this instance; the request for a TRO without notice will therefore be denied. The Court will, however, order expedited briefing on the request for TRO with notice or for preliminary injunction.

**IT IS ORDERED** construing the Motion to Stay Removal (Doc. 8) as a motion for TRO or motion for preliminary injunction. The request for a TRO without notice is **denied**. The request for a TRO with notice or for preliminary injunction **remains pending**.

**IT IS FURTHER ORDERED** Respondents must file a response to the motion for TRO with notice or for preliminary injunction no later than 5:00 p.m. on Friday June 6, 2025. Petitioner may file a reply no later than 5:00 p.m. on Monday June 9, 2025.

Dated this 3rd day of June, 2025.

_____
Dominic W. Lanza
United States District Judge