# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maksim Kunitskii,<br><br>　　　　Petitioner,<br><br>v.<br><br>Fred Figueroa,<br><br>　　　　Respondent. | No. CV-25-01845-PHX-DWL (JFM)<br><br>**ORDER** |

The Court having reviewed the parties' Joint Stipulated Dismissal (Doc. 17), and good cause appearing;

**IT IS ORDERED** that the Joint Stipulated Dismissal is granted, and this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all pending motions are **denied as moot** and the Clerk of Court must terminate this action.

Dated this 10th day of June, 2025.

_____
Dominic W. Lanza
United States District Judge